PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 11-1447

RIDLEY SCHOOL DISTRICT

v.

M.R.; J.R., PARENTS OF MINOR CHILD E.R.
v.

JANET CENNAME

M.R.; J.R. Parents of Minor Child E.R.,
Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-09-cv-02503)
District Judge: Honorable Mitchell S. Goldberg

**ORDER AMENDING OPINION**

John F.X. Reilly, counsel for Appellees the Ridley School District and Janet Cenname, in addition to having a private practice is also employed as an attorney for the Delaware County Office of the District Attorney.  When the clerk entered Mr. Reilly's appearance in the above entitled appeal, the clerk entered the address for the office of the District Attorney rather that the address for Mr. Reilly's private practice.

Accordingly, it is hereby O R D E R E D that the opinion filed May 17, 2012, is hereby amended to reflect the correct address for John F. X. Reilly as follows:

John F.X. Reilly (Argued)
101 W. Baltimore Avenue, Second Floor
Media, PA 19063
Counsel for Appellees

For the Court,

Marcia M. Waldron

Marcia M. Waldron, Clerk
Dated:          May 31, 2012
SLC/cc:         Jennifer C. Lowman
                John F.X. Reilly
                Leonard Reiser
                Alan L. Yatvin